KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 608-7995
Facsimile:  (916) 984-5775

Attorney for Plaintiff
MARY E. MARQUES-CARAMICO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 6/6/05*

| | |
|---|---|
| MARY E. MARQUES-CARAMICO,<br><br>                    Plaintiff,<br><br>v.<br><br>R START, LLC, ANTHONY L. FOUX, GREG J. ZIMMERMAN, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. C03-3837 RMW<br><br><br>**JOINT NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT R START, LLC; <u>ORDER THEREON</u>** |

COMES NOW the parties to the above-captioned matter, by and through their respective undersigned counsel, and hereby files with the Court this Joint Notice of Dismissal with Prejudice as to Defendant R START, LLC.  This matter has settled.

WHEREFORE, the parties move this Court for the entry of the Order set forth below.


Dated:  May 26, 2005                    By: /s/ _____
                                            VERNON C. LAURIDSEN
                                            Attorney for Defendant
                                            R START, LLC

Dated:  May 26, 2005                    By: /s/ _____
                                            KEITH D. CABLE
                                            Attorney for Plaintiff
                                            MARY E. MARQUES-CARAMICO

1

1

UNITED STATE DISTRICT COURT

2

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

MARY E. MARQUES-CARAMICO,

6

Plaintiff,

7

v.

8

9

R START, LLC, ANTHONY L. FOUX, GREG
J. ZIMMERMAN, and DOES 1-10, inclusive,

10

Defendants.

11

Case No. C03-3837 RMW

ORDER OF DISMISSAL WITH
PREJUDICE AS TO DEFENDANT
R START, LLC

12

**<u>ORDER</u>**

13

14

Having read the foregoing Joint Notice of Voluntary Dismissal with Prejudice as to
Defendant R START, LLC, and good cause appearing therefore, it is ORDERED AND
ADJUDGED that this action is hereby dismissed with prejudice as to Defendant R START, LLC.

15

16

17

Dated: June____6____, 2005

/s/ Ronald M. Whyte
_____
JUDGE OF THE UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

2